**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| In re: | : | |
| --- | --- | --- |
| **Samuel G. Leather** | : | Chapter 13 |
| | : | |
| | : | |
| **Debtor** | : | Case No.: 09-11376 |

ORDER

AND NOW, this _____ day of _____, 2009, it is hereby Ordered and Decreed that the Bankruptcy Case of Samuel G. Leather is hereby converted from a Chapter 7 to a Chapter 11. (11 USC § 706(a))

FURTHER ORDERED:

_____
J.